AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbier, Carl J | 2. Court or Organization<br><br>U.S. District Court, E.D. La. | 3. Date of Report<br><br>05/12/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>New Orleans, LA. 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Loyola Law Alumni Association |
| 2. Member, Board of Directors | Federal Bar Assoc.-New Orleans Chapter |
| 3. Member, Executive Committee | St. Thomas More Inn of Court (Loyola Law School) |
| 4. President | New Orleans Bar Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 1: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kansas Gas & Electric Co (Bond) | A | Interest | | | Redemption | 01/17 | J | A | |
| 2. Northwestern Bell Tel Co (Bonds) | B | Interest | | | Redemption | 09/21 | K | B | |
| 3. Bell Telephone Co of Pa (Bond) | A | Interest | J | T | | | | | |
| 4. Mountain States Tel & Teleg (Bonds) | B | Interest | K | T | | | | | |
| 5. GTE South Debenture 2/15/08(Bond) | A | Interest | J | T | | | | | |
| 6. Florida Power Company (Bonds) | A | Interest | J | T | | | | | |
| 7. Potomoc Electric Power Co (Bonds) | B | Interest | K | T | | | | | |
| 8. ITT Corp Sr.Debenture | A | Interest | J | T | | | | | |
| 9. General Foods Corp(Bonds) | C | Interest | K | T | | | | | |
| 10. Kerr McGee Corp (Bond) | A | Interest | | | Redemption | 02/10 | J | A | |
| 11. Tenn. Gas Pipeline Debenture | B | Interest | K | T | | | | | |
| 12. United Airlines Inc.(Bond) | | None | | | Exchange | 02/06 | J | A | |
| 13. AMR Corp. (Unsec. Notes) | A | Interest | J | T | | | | | |
| 14. NM Ford Motor Cdt Co.(Bond) | A | Interest | J | T | | | | | |
| 15. USX-Marathon Grp Deb | B | Interest | K | T | | | | | |
| 16. Commonwealth Edison Co(Bond) | A | Interest | J | T | | | | | |
| 17. Bellsouth Corp. 12/15/2016 (Bonds) | B | Interest | K | T | Buy | 09/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anheuser Busch Notes Apr 01 2018 | B | Interest | K | T | | | | | |
| 19. Transocean Sedco Forex Notes 4/15/18 | B | Interest | K | T | Buy | 11/30 | K | | |
| 20. NM Bank of NY BE | A | Interest | J | T | | | | | |
| 21. Anheuser Busch Cos Inc Notes Mar 01 2019 | A | Interest | K | T | | | | | |
| 22. Penn. Electric Co. Sr. Notes 4/01/19 | A | Interest | J | T | Buy | 02/07 | J | | |
| 23. Duke Capital Corp. Global Notes | C | Interest | K | T | | | | | |
| 24. Ford Holdings Inc Deb | B | Interest | J | T | | | | | |
| 25. El Paso Nat. Gas (Bond) | A | Interest | J | T | | | | | |
| 26. Gen Elec Cap Corp (Sr. Notes) | B | Interest | K | T | | | | | |
| 27. Coca Cola Ent. Debentures Feb 01 2022 | B | Interest | K | T | | | | | |
| 28. USX Corp Debentures | B | Interest | K | T | | | | | |
| 29. Coca Cola Ent. Inc. Debentures Sep 15 2022 | C | Interest | L | T | | | | | |
| 30. Utilicorp United, Inc. (Bond) | A | Interest | J | T | | | | | |
| 31. USX Marathon Grp Debentures Mar 01 2023 | C | Interest | L | T | | | | | |
| 32. Anheuser Busch Cos Inc Bonds May 15 2023 | B | Interest | K | T | | | | | |
| 33. Chesapeake & Potomoc Tel Co Debentures May 01 2023 | B | Interest | K | T | | | | | |
| 34. U.S. West Comm. Debenture | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gen Motors Corp Global Bds July 15 2023 | A | Interest | J | T | | | | | |
| 36. USX Marathon Group Debentures July 15 2023 | B | Interest | K | T | | | | | |
| 37. Southern Union Co. Debentures | A | Interest | J | T | | | | | |
| 38. Time Warner Cos Inc Debentures | B | Interest | K | T | | | | | |
| 39. New Jersey Bell Tel. Co Deben | A | Interest | J | T | | | | | |
| 40. Union Carbide Deben 6/1/25 | A | Interest | J | T | Buy | 01/26 | J | | |
| 41. Citizens Utilities Co Notes | C | Interest | K | T | | | | | |
| 42. Ford Motor Co. 11/15/25(debentures) | B | Interest | K | T | | | | | |
| 43. Burlington Resources Inc Debentures 2/15/26 | B | Interest | K | T | | | | | |
| 44. GTE South, Inc. Deb(Bond) | A | Interest | | | Redemption | 06/12 | J | A | |
| 45. Indiana Bell Tel Debentures Aug 15 2026 | D | Interest | M | T | | | | | |
| 46. Southwestern Bell Tel Debenture | A | Interest | J | T | | | | | |
| 47. Bristol Meyers Squibb Deben Nov 15 2026 | B | Interest | K | T | | | | | |
| 48. Hydro Quebec Deb Ser GQ MB1A-IBC | B | Interest | K | T | | | | | |
| 49. Phillip Morris Cos Inc Debentures | B | Interest | K | T | | | | | |
| 50. GTE Calif Inc Debentures May 15 2027 | B | Interest | K | T | | | | | |
| 51. Hershey Foods Corp Deb | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Seagull Energy Corp Sr. Notes 9/15/27 | C | Interest | K | T | Buy | 7/12 | K | | |
| 53. Pioneer Natural Resource Co. (Bond) | B | Interest | K | T | | | | | |
| 54. Sears Roebuck Accept Deben | B | Interest | K | T | | | | | |
| 55. GTE Florida (Bond) | A | Interest | J | T | | | | | |
| 56. Con Edison (Debentures) | A | Interest | J | T | | | | | |
| 57. KN Energy Inc. Deben 3/01/28 | A | Interest | J | T | Buy | 06/13 | J | | |
| 58. Bell Atlantic Corp Deben | B | Interest | K | T | | | | | |
| 59. GTE Corp Debentures 4/15/28 | B | Interest | K | T | | | | | |
| 60. Unocal Corp Debentures | B | Interest | | | Redemption | 12/01 | K | B | |
| 61. Petro Canada Deben 11/15/28 | A | Interest | J | T | Buy | 08/11 | J | | |
| 62. Bell Atlantic Penn Bonds | B | Interest | K | T | | | | | |
| 63. Duke Energy Corp (Sr Notes) | B | Interest | K | T | | | | | |
| 64. Union Oil Co of Calif Senior Notes | B | Interest | | | Redemption | 11/30 | K | C | |
| 65. Norfolk Southern Corp Bonds 5/17/29 | B | Interest | K | T | Buy | 5/18 | K | | |
| 66. Amerada Hess Corp Bonds Oct 01 2029 | B | Interest | K | T | | | | | |
| 67. Dow Chemical Co Bonds Nov 01 2029 | B | Interest | K | T | | | | | |
| 68. New Jersey Bell Tel Co Deben 11/15/29 | B | Interest | K | T | Buy | 01/20 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
  (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wal Mart Stores Bonds | C | Interest | K | T | | | | | |
| 70. Dominion Res Cap TR III Cap Securities | B | Interest | K | T | | | | | |
| 71. Texaco Capital Inc Debentures | A | Interest | J | T | | | | | |
| 72. Wisconsin Electric Power Unsub Notes 5/15/33 | A | Interest | J | T | Buy | 02/27 | J | | |
| 73. Florida Power & Light 1st Mtg Bonds | A | Interest | J | T | | | | | |
| 74. United Airlines Escrow (Deben) | | None | J | T | Exchange | 02/06 | J | | |
| 75. Merrill Lynch Bank USA RASP (Money Market Acct) | A | Interest | J | T | | | | | |
| 76. Merrill Lynch CMA Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 77. Jefferson Parish La. Ser. A Rfdg Sept 01 06 (muni bond) | A | Interest | | | Redemption | 09/01 | J | A | |
| 78. E.Baton Rouge Prsh La. New Publ Hsg Auth Aug01 08(muni bond) | A | Interest | K | T | | | | | |
| 79. Reg Tran Auth La Sales Tx Rev (muni bond) | A | Interest | | | Redemption | 12/01 | J | A | |
| 80. E Baton Rouge Par La Pub Hsg Aug 01 09 (muni bond) | A | Interest | J | T | | | | | |
| 81. Orleans Par La Phwide Sch Dist Sept 01 10 (muni bond) | A | Interest | J | T | | | | | |
| 82. Shreveport La Wtr & Swr Rev Ser B Dec 01 10 (muni bond) | B | Interest | K | T | | | | | |
| 83. New Orleans La EHA HTL Rv Jan 15 11 (muni bond) | | None | J | T | | | | | |
| 84. St. Tammany Prsh Wide Sch Dist 12 Ser A Mar.01 11(muni bond) | A | Interest | J | T | | | | | |
| 85. St. Tammany Prsh Wide Sch Dist 12 Ser A | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Mar 01 12(Muni Bond) | | | | | | | | | |
| 86. Texas A&M Univ Revs Fing Sys May 15 12 (muni bond) | A | Interest | | | Redemption | 05/15 | J | A | |
| 87. Orleans Par La Sch Brd Sep 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 88. Jeff Prsh La SB Sls&Use Tax- Feb 01 13 (muni bonds) | A | Interest | | | Redempton | 02/01 | J | A | |
| 89. La. Pub Facs AT RV Hlth Facs A Ref Jun 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 90. Shreveport La Wtr-Swr Rv Ser B Dec 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 91. New Orleans La Home Mtg Jun 01 15 (muni bond) | A | Interest | | | Redemption | 12/01 | J | A | |
| 92. La. St Ofc Fc Cptl Cmplx PG-Ser A Mar 01 16 (muni bond) | A | Interest | K | T | | | | | |
| 93. Terrebonne Prh Hsp Svc Dt No. I Hsp Rv Rf Apr0117(muni bond) | A | Interest | J | T | | | | | |
| 94. La Pub Fcs At Rev Tulane Univ A-1 Nov 15 17 (muni bonds) | A | Interest | J | T | | | | | |
| 95. Bossier City La Pub Impt Sls Use-TxRv Rf | A | Interest | J | T | | | | | |
| 96. EBR Parish La Sales-Use Tx Feb 01 20 (muni bonds) | B | Interest | | | Redemption | 02/01 | K | A | |
| 97. Jeff Parish La Sch Brd Sls-Tax Rv Mar 01 20 (muni bonds) | A | Interest | J | T | | | | | |
| 98. Coppell Tex Indpt Sch Dist. Rfdg Aug 15 20 (municipal bond) | B | Interest | K | T | | | | | |
| 99. Calcasieu Ph La Pub Tr AT Std Lse Rev May 01 21 (muni bd) | B | Interest | K | T | | | | | |
| 100. Calcasieu Parish La SD #33 Pub Sch Impt Jul 15 21 (muni bd) | A | Interest | J | T | | | | | |
| 101. Bossier Parish La Sales & Use Tax Jul 01 21 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Harris Cnty TEx Toll Rd Rev Aug 15 21 (muni bond) | B | Interest | L | T | | | | | |
| 103. Orleans Prsh La Prhwde Sch Dist Ser A Sep 01 21 (muni bd) | B | Interest | K | T | | | | | |
| 104. East B.R. Par La Sales Use Tax FGIC Feb 01 22 (muni bd) | A | Interest | K | T | | | | | |
| 105. N.O. La Pub Impt Ser A Dec 01 22 (muni bond) | A | Interest | J | T | | | | | |
| 106. Jefferson La Sales Tax Dt Spl Sls Tax Dec 01 22 (muni bond) | B | Interest | K | T | | | | | |
| 107. St. Tammany Prshwide 03/01/24 (muni bonds) | A | Interest | K | T | Buy | 05/16 | K | | |
| 108. East BR Prsh LA Rec-Pk May 01 24 (muni bond) | A | Interest | K | T | | | | | |
| 109. Ernest Morial N.O. La Exh Jul 15 25 (muni bond) | A | Interest | J | T | | | | | |
| 110. Louisiana Pub Facs Auth Hosp Rev A Rfdg Jul 01 25 | A | Interest | K | T | | | | | |
| 111. State Colleges & Univ La Lease Rev Univ Sep 01 26 | B | Interest | K | T | | | | | |
| 112. Louisiana Pub Facs Auth Rev Tulane A Jul 01 27 (muni bond) | A | Interest | J | T | | | | | |
| 113. Ernest N Morial-New Orleans La Exhb Hall AT Jul 15 27 (muni) | A | Interest | J | T | | | | | |
| 114. Monroe La Sales & Use Tax Rev Ser A Jul 01 27 | A | Interest | K | T | | | | | |
| 115. Colorado Springs Colo Util Rev Sys Impt Nov 15 27 | B | Interest | K | T | | | | | |
| 116. La Pub Fcs AT REV Tulane Univ La A Nov 15 27 | A | Interest | J | T | | | | | |
| 117. La Pub Facs Auth Rv Rf Dillard Feb 01 28 | A | Interest | J | T | | | | | |
| 118. Jeff Prh La Hsp Svc Dist #2 Hosp Rev Jul | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 01 28 | | | | | | | | | |
| 119. Louisiana LCL Gvt Enviro FC CDA RV Tech Jul 01 28 | B | Interest | K | T | | | | | |
| 120. La St Gas & Fuels Tax Rev Ser A Jun 01 32 | A | Interest | J | T | | | | | |
| 121. Louisiana Pub Facs Auth Rev Tulane A Ju 01 32 (muni bond) | C | Interest | L | T | | | | | |
| 122. Calcasieu Parish La Pub Tr AT STD LSE REV May 01 33 (muni) | B | Interest | K | T | | | | | |
| 123. Greater New Orleans Expwy Commn La RV Nov 01 33 (muni) | B | Interest | K | T | | | | | |
| 124. Merrill Lynch Bank USA RASP (money market) | A | Interest | J | T | | | | | |
| 125. Mountain States Tel & Teleg Aug 01 07 Debenture (Bond) | A | Interest | J | T | | | | | |
| 126. GTE South Debenture Feb 15 08 (Bond) | A | Interest | J | T | | | | | |
| 127. Cooper Tire & Rubber Co Notes Dec 15 19 (Bond) | A | Interest | J | T | | | | | |
| 128. Phillip Morris Cos Inc Debentures Jan 15 27 (Bonds) | B | Interest | K | T | | | | | |
| 129. Aegon NV PFD | B | Interest | K | T | Buy | 11/29 | K | | |
| 130. Georgia Power Cap TR VII Jan 15 2044 | A | Interest | J | T | | | | | |
| 131. Florida Pwr & Lt Cap TR Mar 15 2044 | A | Interest | J | T | | | | | |
| 132. Citigroup Capital XI Trust Pfd Secs Cum Sept27 34 (Bonds) | A | Interest | J | T | | | | | |
| 133. Merrill Lynch Basic Value Fd Cl B (stock mutual fund) | A | Dividend | | | Sell | 12/04 | K | B | |
| 134. Brandywine Fund (stock mutual fund) | B | Distribution | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. Wells FargoCommon Stock Fund (mutual fund) | A | Dividend | | | Sell | 01/19 | L | D | |
| 136. Wells FargoShort Term Bond Fund (mutual fd) | A | Dividend | K | T | Buy | 01/19 | K | | |
| 137. Vanguard Ttl Stk Mkt Index Fund | D | Dividend | N | T | | | | | |
| 138. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 139. Vanguard GNMA Fund | B | Dividend | K | T | | | | | |
| 140. Capital One Bank-- checking/savings | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | Y =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/12/2007___

NOTE: ANY IND_____ ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544